**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6070**

LESTER DANIEL BRYSON; JOHN FRANK BOWEN,

                                    Plaintiffs - Appellants,

        versus

ROBERT P. JOHNSTON, State Superior Court
Judge; FORREST D. BRIDGES, State Superior
Court Judge; GRAHAM C. MULLEN, Federal
District Court Judge,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Richard L. Voorhees,
District Judge.  (CA-02-252-1-2)

Submitted:  July 16, 2003          Decided:  August 6, 2003

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lester Daniel Bryson, John Frank Bowen, Appellants Pro Se.  Gerald
Patrick Murphy, Assistant Attorney General, Raleigh, North
Carolina; Paul Bradford Taylor, OFFICE OF THE UNITED STATES
ATTORNEY, Asheville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lester Daniel Bryson and John Frank Bowen appeal the district court's order dismissing their 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bryson v. Johnston, No. CA-02-252-1-2 (W.D.N.C. filed Nov. 22, 2002 & entered Nov. 25, 2002). We deny Appellants' motions for appointment of counsel, for oral argument, and to dismiss as untimely the informal brief of Appellees Johnston and Bridges. We further deny as moot Appellants' motion to extend time to file PLRA documents and their informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED